# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SIMBECK AND ASSOCIATES, INC., STILLWATER MINING COMPANY, AND MK WEEDEN CONSTRUCTION CO.,<br><br>    Defendants. | CASE NO. 4:21-cv-60-BMM-JTJ<br><br><br>**ORDER GRANTING DEFENDANT SIMBECK AND ASSOCIATES, INC.'S MOTION TO APPEAR VIA ZOOM** |

Having reviewed Defendant Simbeck and Associates, Inc.'s Motion to Appear via Zoom, and good cause appearing,

IT IS HEREBY ORDERED THAT Brendan Simbeck and John "Duff" Simbeck are allowed to appear at the 11:00am January 18, 2022 Hearing via Zoom, as Defendant Simbeck and Associates, Inc.'s representatives. At the time of the

hearing. Defendant Simbeck and Associates, Inc. will contact the Clerk of Court for the ZOOM link.

DATED THIS 18th day of January, 2022.

_____
John Johnston
United States Magistrate Judge